**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| COREY MATTHEW CAMPANA, | ) | |
| Plaintiff, | ) | |
| v. | ) | 3:15-cv-214-RCJ-WGC |
| NEVADA DEPARTMENT OF CORRECTIONS et al., | ) | **ORDER** |
| Defendants. | ) | |

**I.   DISCUSSION**

On April 15, 2015, Plaintiff initiated this lawsuit by filing an application to proceed *in forma pauperis* and by submitting a civil rights complaint pursuant to 42 U.S.C. § 1983. (ECF No. 1, 1-1). On April 27, 2015, Plaintiff filed a motion for leave to file an amended complaint. (ECF No. 3). In that motion, Plaintiff submitted pages that he wanted this Court to attach to the end of his original complaint. (*Id.* at 1). The Court grants Plaintiff's motion for leave to file an amended complaint but denies the attachments.

Plaintiff is granted leave to file an amended complaint. However, Plaintiff is advised that an amended complaint supersedes the original complaint and, thus, the amended complaint must be complete in itself. *See Hal Roach Studios, Inc. v. Richard Feiner & Co., Inc.*, 896 F.2d 1542, 1546 (9th Cir. 1989) (holding that "[t]he fact that a party was named in the original complaint is irrelevant; an amended pleading supersedes the original"); *see also Lacey v. Maricopa Cnty.*, 693 F.3d 896, 928 (9th Cir. 2012) (holding that for claims dismissed with prejudice, a plaintiff is not required to reallege such claims in a subsequent amended complaint to preserve them for appeal). Plaintiff's amended complaint must contain all claims, defendants, and factual allegations that Plaintiff wishes to pursue in this lawsuit. The Court

will not piecemeal multiple filings in the docket to determine which claims, defendants, and allegations Plaintiff wishes to pursue. As such, Plaintiff must file one comprehensive document that he seeks to use as his amended complaint. Plaintiff must file the amended complaint on this Court's approved prisoner civil rights form and it must be entitled "Second Amended Complaint."

## II. CONCLUSION

For the foregoing reasons, IT IS ORDERED that Plaintiff's motion for leave to file amended complaint (ECF No. 3) is granted in part and denied in part.

IT IS FURTHER ORDERED that if Plaintiff chooses to file an amended complaint, Plaintiff shall file the amended complaint within 30 days from the date of entry of this order.

IT IS FURTHER ORDERED that the Clerk of the Court shall send to Plaintiff the approved form for filing a § 1983 complaint, instructions for the same, and a copy of his original complaint (ECF No. 1-1) and "amended complaint" (ECF No. 3, 4). If Plaintiff chooses to file an amended complaint, he must use the approved form and he shall write the words "Second Amended" above the words "Civil Rights Complaint" in the caption.

IT IS FURTHER ORDERED that if Plaintiff chooses not to file an amended complaint, the Court shall screen Plaintiff's original complaint only (ECF No. 1-1).

DATED: This __15th__ day of June, 2015.

_William G. Cobb_
United States Magistrate Judge